IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADRIAN COSS, MARIBEL OCAMPO, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> SNAP INC., <br><br> Defendant. | Case No. 1:22-cv-02480 <br><br> Hon. Nancy L. Maldonado |

**JOINT STATUS REPORT**

In accordance with the Court's August 22, 2022 order (Dkt. No. 20), the parties file this Joint Status Report setting forth the parties' proposed course of action given the Illinois Supreme Court's ruling in *Cothron v. White Castle Sys., Inc.*, 2023 IL 128004.

1. On August 22, 2022 the Court granted Snap's unopposed motion to stay this action pending the Illinois Supreme Court's decision in *Cothron v. White Castle, Inc.* Dkt. No. 20. The Court ordered that "within 14 days after Cothron is decided, the parties will confer and submit to the Court a proposed course of action, depending on the outcome of Cothron*." Id.*

2. On February 17, 2023, the Illinois Supreme Court issued a decision in *Cothron v. White Castle Sys., Inc.*, 2023 IL 128004. Since then, the parties have conferred regarding the best course of action.

3. Snap intends to move to continue to stay this case until the Illinois Supreme Court rules on White Castle, Inc.'s motion for rehearing in *Cothron* which Snap anticipates will be filed on March 10, 2023 but the parties continue to confer on the best path forward.

WHEREFORE, the parties respectfully requests that the Court order the parties to submit a Joint Status Report in 14 days, on March 17, 2023, containing a proposed briefing schedule for Snap's renewed motion to stay or proposing an alternative path forward.

Dated: March 3, 2023                  Respectfully submitted

By: */s/ James C. Vlahakis*
James C. Vlahakis
Vlahakis Law Group LLC
20 N. Clark Street, Suite 3300
Chicago, IL 60602
(312) 648-6127
Fax: (312) 648-6202
jamesv@vlahakislaw.com

*Counsel for Plaintiffs*

By: */s/ Elizabeth B. Herrington*
    Elizabeth B. Herrington
    Gregory T. Fouts
    Alborz Hassani
    Morgan, Lewis & Bockius LLP
    110 North Wacker Drive, Suite 2800
    Chicago, IL 60606-1511
    (312) 324-1000
    beth.herrington@morganlewis.com
    gregory.fouts@morganlewis.com
    al.hassani@morganlewis.com

    *Counsel for Defendant Snap Inc.*

**CERTIFICATE OF SERVICE**

  I, Elizabeth B. Herrington, hereby certify that on this 3rd day of March, 2023, I caused a copy of the foregoing to be served upon all counsel of record via the Court's CM/ECF system.

                */s/ Elizabeth B. Herrington*
                Elizabeth B. Herrington