IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ADRIAN COSS, MARIBEL OCAMPO, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> SNAP INC., <br><br> Defendant. | Case No. 1:22-cv-02480 <br><br> Hon. Nancy L. Maldonado |

**JOINT STATUS REPORT**

Plaintiffs and Defendant Snap Inc. ("Snap") (collectively the "Parties") through counsel, respectfully submit this joint status report to update the Court on the progress of finalizing their settlement agreement.

On March 8, 2023, the Parties reached a settlement in principle and the Parties are currently in the process of finalizing the settlement agreement. In support of its Motion, the Parties state as follows:

1. On March 8, 2023, the Parties reached a settlement in principle.

2. On March 17, 2023 the Parties filed a joint motion to vacate the deadline to file an Initial Status Report for Reassigned Cases and informed the Court of the parties resolution of this matter. Dkt. No. 25.

3. On April 18, 2023, the Court ordered that by May 17, 2023 "the parties shall file their anticipated stipulation of dismissal, or, if no stipulation is filed, a status report updating the Court on the parties' progress in finalizing their settlement agreement. Dkt. No. 28.

4. Snap has executed the settlement agreement and Plaintiffs' counsel has collected some but not all of the signatures from the various Plaintiffs participating in the settlement. The

- 2 -

Parties respectfully request an additional 30 days to finalize documentation of the settlement and for Plaintiffs to file a stipulation of dismissal with prejudice.

Dated: May 17, 2023                                             Respectfully submitted

By: */s/ James C. Vlahakis*                                     By: */s/ Elizabeth B. Herrington*
James C. Vlahakis                                                    Elizabeth B. Herrington
Vlahakis Law Group LLC                                               Gregory T. Fouts
20 N. Clark Street, Suite 3300                                       Alborz Hassani
Chicago, IL 60602                                                    Morgan, Lewis & Bockius LLP
(312) 648-6127                                                       110 North Wacker Drive, Suite 2800
Fax: (312) 648-6202                                                  Chicago, IL 60606-1511
jamesv@vlahakislaw.com                                               (312) 324-1000
                                                                     beth.herrington@morganlewis.com
                                                                     gregory.fouts@morganlewis.com
*Counsel for Plaintiffs*                                             al.hassani@morganlewis.com

                                                                *Counsel for Defendant Snap Inc.*

## **CERTIFICATE OF SERVICE**

I, Elizabeth B. Herrington, hereby certify that on this 17th day of May, 2023, I caused a copy of the foregoing to be served upon all counsel of record via the Court's CM/ECF system.

*/s/ Elizabeth B. Herrington*
Elizabeth B. Herrington