# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Adrian Coss, et al.
                    Plaintiff,

v.                                          Case No.: 1:22−cv−02480
                                                        Honorable Nancy L. Maldonado

Snap Inc.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 25, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado: Pursuant to the stipulation of dismissal, per Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice with each party to bear it's own attorneys' fees and costs. Civil case terminated. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.